# United States District Court

United States Courts
Southern District of Texas
FILED

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

*February 14, 2022*

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
V.

**Eduardo SARMIENTO-Villegas**

AKA:
  IAE    YOB: 1986
    **Mexico**
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-22-0322-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 12, 2022** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near McAllen, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326(a)(b)** **(Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On February 12, 2022, Eduardo SARMIENTO-Villegas a citizen of Mexico was encountered by Immigration Officers at the McAllen City Jail in McAllen, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on February 13, 2022. Record checks revealed the defendant was deported, excluded or removed from the United States to Mexico on October 9, 2020 via Laredo, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. On November 20, 2019, the defendant was convicted of 8 USC 1326, Alien Unlawfully Found in the United States After Deportation and sentenced to Eighteen (18) Months to the custody of the United States Federal Bureau of Prisons.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on February 14, 2022.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint approved by AUSA C. Turner

/S/ Timothy Conway
**Signature of Complainant**

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on:

Timothy Conway    Deportation Officer
**Printed Name and Title of Complainant**

**February 14, 2022    9:54 AM**
**Date**

at **McAllen, Texas**
**City and State**

**Nadia S. Medrano    U.S. Magistrate Judge**
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**